UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERNIE L. CARLSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>            Defendant. | NO:  4:21-CV-5068-TOR<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Motion for Dismissal with Prejudice (ECF No. 13).  The parties agree to the dismissal of the above-captioned matter with prejudice and without costs to either party.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Joint Motion for Dismissal with Prejudice, ECF No. 13, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' joint motion, this action is **DISMISSED** with prejudice, each party to bear its own costs.

3. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 16, 2021.



THOMAS O. RICE
United States District Judge