AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| VERNIE L. CARLSON,<br>*Plaintiff*<br>v.<br>BNSF RAILWAY COMPANY, a Delaware Corp.,<br>*Defendant* | Civil Action No.  4:21-CV-5068-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' joint motion, this action is DISMISSED with prejudice, each party to bear its own costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on the parties' Joint Motion for Dismissal (ECF No. 13).

Date:  November 16, 2021

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry